**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Greg Moore; et al., | ) | No. CV 19-0290 TUC RM (LAB) |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Sean Garnand; et al., | ) | |
| Defendants. | ) | |

Pending before the court is the defendants' motion, filed on August 12, 2020, to re-align the summary judgment briefing schedule for the plaintiffs' two motions for partial summary judgment previously filed at Doc. 100 and Doc. 125. (Doc. 207)

On August 25, 2020, the plaintiffs withdrew those two motions for partial summary judgment. (Doc. 211)  Accordingly,

IT IS ORDERED that the defendants' motion, filed on August 12, 2020, to re-align the summary judgment briefing schedule for the plaintiffs' two motions for partial summary judgment is DENIED as MOOT. (Doc. 207)

DATED this 8th day of September, 2020.

*Leslie A. Bowman*

Leslie A. Bowman
United States Magistrate Judge